THE DIRECTOR GENERAL OF RAILROADS, *Plaintiff in Error,*
v. G. W. HOUSTON, *Defendant in Error.*

Decision Filed April 2, 1921.

A Writ of Error to the Circuit Court for Clay County; George Couper Gibbs, Judge.

*Landis, Fish & Hull,* and A. H. Bell, for Plaintiff in Error.

*Leonides .E Wade,* for Defendant in Error.

PER CURIAM.—The judgment herein is reversed on the authority of The Director General of Railroads v. Wilford, this day filed.

Reversed.

All concur.